07 – 625    Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted): TYRONE GUINN | | Docket or Case No.: |
| Place of Confinement: DELAWARE CORRECTIONAL CENTER 181 Paddock Rd. SMYRNA DE. | | Prisoner No.: 375731 |
| Petitioner (include the name under which you were convicted) | | Respondent (authorized person having custody of petitioner) |
| TYRONE GUINN | v. | STATE OF DELAWARE |
| The Attorney General of the State of DELAWARE | | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   Superior Court of the State of Delaware, New Castle county Court house 500 N. King st. Suite 10400 Wilm, Del. 19801-10400
   (b) Criminal docket or case number (if you know): 0411013992

2. (a) Date of the judgment of conviction (if you know): 5/2005
   (b) Date of sentencing: 7/1/05

3. Length of sentence: 3ʳᵈ years   Level 5ᵗʰ   1 years   4ᵗʰ, 2ⁿᵈ years Level 3ᵗʰ

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☐ No ☑

5. Identify all crimes of which you were convicted and sentenced in this case: 1ˢᵗ Assault in Detantion center with Bodily Fluids

6. (a) What was your plea? (Check one)
   (1)    Not guilty ☑            (3)    Nolo contendere (no contest) ☐
   (2)    Guilty ☐                 (4)    Insanity plea ☐
   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒          Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?

Yes ☒   No ☐

9. If you did appeal, answer the following:

(a) Name of court: _Supreme Court of Delaware_

(b) Docket or case number (if you know): _313, 2005_

(c) Result: _Affirmed_

(d) Date of result (if you know): _Feb. 28 2006_

(e) Citation to the case (if you know): _Monroe v. State 652 A. 2of 560, 563 (DEl. 1995)_

(f) Grounds raised: _Trial court erred as a matter of Law When It Denied My Motion For Judgment of Acquittal, because The State Failed to Present Sufficient evidence that I intent to Struck officer Shannon with Bodily Fluid._

(g) Did you seek further review by a higher state court?   Yes ☐   No ☐

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐

If yes, answer the following:

(1) Docket or case number (if you know): _There was not one_  (Case Return with mandate to Superior Court.)

Page 4

(2) Result: _Return Denied without Farther_
_Review in it's Covrt._

(3) Date of result (if you know): _March, 16, 2006_

(4) Citation to the case (if you know): _Monroe V. State 652. A.2d 560,563_
_(DE, 1995)_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Superior Court of Delaware_

(2) Docket or case number (if you know): _04 1101 3992_

(3) Date of filing (if you know): _April, 25. 2006_

(4) Nature of the proceeding: _Post convction Relief_

(5) Grounds raised: _1.) ineffective assistance of Counsel,_
_2.) Trial Court errored as a matter of Law,_
_3.) Illegal Sentance of Probation._

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ☐ No ☑

(7) Result: _Denied_

(8) Date of result (if you know): _May 25, 2006,_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _Superior Court of Delaware,_

(2) Docket or case number (if you know): _04 1101 3992_

(3) Date of filing (if you know): _June 12, 2006_

(4) Nature of the proceeding: _Post Convection Relief_

(5) Grounds raised: _Ineffective Assistance of Counsel,_
_Trial Court errors._

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   -   Yes ☐   No ☑

(7) Result: ___Denied___

(8) Date of result (if you know): ___Aug. 16, 2006.___

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ___Superior Court___

(2) Docket or case number (if you know): ___# 0410/3992___

(3) Date of filing (if you know): ___3/21th/2006___

(4) Nature of the proceeding: ___Motion For New Trial___

(5) Grounds raised: ___1.) Ineffective Assistance of Counsel.___
___2.) Ineffective Assistance of Counsel.___
___3.) Ineffective Assistance of Counsel.___
___4.) Ineffective Assistance of Counsel.___

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ☑

(7) Result: ___Denied___

(8) Date of result (if you know): ___May 25, 2006___

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      Yes ☐   No ☑

(2) Second petition:   Yes ☐   No ☑

(3) Third petition:     Yes ☑   No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

___Time Barred___
___Pursuant to,: Supreme Court Rule 6.___

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: _____TRiAL Court errors._____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Court erred as a matter of Law when As
It Denied Guinns motion for Judgement of Acquittal
The State Failed To present sufficient evidence
That Guinn intent to Struck officer Shannon with
Bodily Fluid.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☑    No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☐    No ☑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?

    Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _The Claim has Been Fairly Presented_ 2.) _The Petitioner have Submitted to The State Trial Court and Other higher Courts Both The Legal Theory and The facts That are "substantially equivalent To This Asserted in The Current Federal habeas Petition._

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _Supreme Court of Delaware Re-hearin on Bench (see Page 3. and Exhibit) 2.) motion For "Jugement of Acquittal" Before the State Trial Court._

**GROUND TWO:** _INEFFECTIVE ASSISTANCE oF COUNSEL_

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _The Trial court erred in Refusing to grant a hearing on Whether Appellants /was Denied his Right to effective assistance oF Counsel", granteed BY the Sixth Amendment oF The stages oF his Trial When Counsel Filed to Supeona and Cross EXiAm DEFENdANT witNesses, Pursuant to his Pre-Trial alibi Notice; and Futher ineffective on his Appeal BY Failin to Follow Rule 26._

Page 8

(A)(i), (C)(ii), (A)(B)(iii), (d)(iii) of the Del. supr. ct R. 26
(2007).

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: I Raised it a/ more Appropreate Level / For PostConrection Relief, For the First Time.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post - Conviction motion For Relief

Name and location of the court where the motion or petition was filed: Superior Court 500 N, King St, Suite 500 Wilm, DE 19801-3746    020310

Docket or case number (if you know): 0411013992

Date of the court's decision: April 17 2006.

Result (attach a copy of the court's opinion or order, if available): Denied as under state Superior court Crimal R. 61(i)(2) 61(i)(4).

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: The Supreme Court P.O. BOX 476 Dover, De 19903.

Page 9

Docket or case number (if you know): __228, 2007__

Date of the court's decision: __9/21/2007__

Result (attach a copy of the court's opinion or order, if available): __AFFirmed.__
__see EXhibit E__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative
remedies, etc.) that you have used to exhaust your state remedies on Ground Two: __Petitioner__
__Filed a motion For a New Trial pursuant to Del__
__Super. Court Crim. R., Rule 33__

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a
state trial court?        Yes ❑    No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

. Yes ❑    No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑    No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑    No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative
remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

GROUND FOUR: _____ _____ _____ _____ _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a

state trial court?        Yes ❑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏  No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ _____ _____

_____ _____ _____ _____ _____ _____

Docket or case number (if you know): _____ _____ _____

Date of the court's decision: _____ _____ _____

Result (attach a copy of the court's opinion or order, if available): _____ _____

_____ _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No." explain why you did not raise this issue: _____ _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____ _____

_____ _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?          Yes ❏    No ❏

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____ _____ _____ _____

_____ _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?          Yes ❏    No ❏

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ❏     No ❏

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____ Z ____ N _____

(b) At arraignment and plea: _MS, Nicole M. WAlKeR, Public DeFeNdeR OFFice CARVel STATE OFFice BuildiNG 820, N, FRENCH St, 9FLooR w.IltH DEL, 19801,

(c) At trial: _____ MS, NicoLe WAlKeR, sAme,

(d) At sentencing: _____ Nicole WAlKeR, SAME,

(e) On appeal: _____ Nicole WAlKeR, SAME,

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?               Yes ☑   No ❏

(a) If so. give name and location of court that imposed the other sentence you will serve in the future: _New CAStLe County Court house, 500 N. King_ _St, suite 500 w/m, DE 19801-3746_

(b) Give the date the other sentence was imposed: _1/11/06_

(c) Give the length of the other sentence: _(2^th) Year Level 2^#_

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: *FoR Ju clgmenet or ACQC, HAL upon grounq (1*) that Is Currently Raised Betor This Court,*

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on

_____ (month, date, year).

Executed (signed) on _____/____/*07* (date).

*Tyrone Cl Vinni*
Signature of Petitioner

---

*(...continued)

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

### IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

* * * * *

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Tyronce Guinn_
Plaintiff

V.

_State of Delaware_,
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: $ID.$ # $0411013992$

I, _Tyronce Guinn_                    declare that I am the (check appropriate box)

• Petitioner/Plaintiff/Movant        • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     • (Yes)    • •No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration _Paddock Rd. Smyrna, DEL. 19977_
    DELAWARE CORRECTIONAL CENTER 1181

    **Inmate Identification Number (Required):** _375731_

    Are you employed at the institution? _No_ Do you receive any payment from the institution? _No_

    _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2.  Are you currently employed?    • •Yes    •(No)

    a.   , If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.   If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | a. | Business, profession or other self-employment | • • Yes | • • No |
    |----|-----------------------------------------------|---------|--------|
    | b. | Rent payments, interest or dividends | • • Yes | • • No |
    | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
    | d. | Disability or workers compensation payments | • • Yes | • • No |
    | e. | Gifts or inheritances | • • Yes | • • No |
    | f. | Any other sources | • • Yes | • • No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?          • • Yes      • No

      If "Yes" state the total amount $_____N/A_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
      valuable property?
                                                                     • • Yes      • No

      If "Yes" describe the property and state its value.

                        N/A

6.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute to their support, OR state NONE if applicable.

                        N/A

      I declare under penalty of perjury that the above information is true and correct.

      ____/__/__2007____          ____Yronce Quinn____
           DATE                        SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

## Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a <u>federal</u> judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

> Clerk, United States District Court for *New Castle County*
> Address
> City, State Zip Code

9. <u>CAUTION:</u> **You must include in this petition <u>all</u> the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

10. <u>CAPITAL CASES:</u> **If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**



U.S.M.S.
X-RAY

FROM: Tyrone Quinn
SBI# 375731 UNIT 5H4,
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFicial BuSiness

To: Clerk United States District Court
for New Castle County
844 N. King St. Lockbox 18 Wilm, Delaware
19801-3570

- LEGAL MAIL -

# _DELAWARE CORRECTIONAL CENTER_
# _SUPPORT SERVICES OFFICE_
# _MEMORANDUM_

_TO:_ Tyone Guinn    _SBI#:_ 375731

_FROM:_ Stacy Shane, Support Services Secretary

_RE:_ **_6 Months Account Statement_**

_DATE:_ May 29, 2007

OCT 12 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Attached are copies of your inmate account statement for the months of_ November 1, 2016 _to_ April 30, 2017.

_The following indicates the average daily balances._

| _MONTH_ | _AVERAGE DAILY BALANCE_ |
| --- | --- |
| Nov | 2.14 |
| Dec | 13.24 |
| Jan | 57.80 |
| Feb | 15.00 |
| March | 7.16 |
| April | .40 |

**_Average daily balances/6 months:_** 7.62

_Attachments_
_CC:   File_

Stacy Shane
5/29/07

Jeanette L Hawp
5/29/07

OCT 12 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement
## From November 2006 to December 2006

Date Printed: 5/29/2007

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $1.23 |
|-----|-----------|-----------|----|--------|----|------|------|
| 00375731 | Guinn | Tyrone | | | | Ending Month Balance: | $25.00 |
| Current Location: | 19 | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|------------|------|------------------------------|--------------|------------------|---------|---------|-----------|--------|-------------|
| Canteen | 11/1/2006 | ($0.72) | $0.00 | $0.00 | $0.51 | 339883 | | | |
| Supplies-MailPosta | 11/1/2006 | $0.00 | $0.00 | ($2.79) | $0.51 | 340557 | | 10/26/06 | |
| Supplies-MailPosta | 11/1/2006 | $0.00 | $0.00 | ($0.35) | $0.51 | 340584 | | LAW LIBRARY 7/25/0 | |
| Legal | 11/2/2006 | $0.00 | $0.00 | ($3.00) | $0.51 | 341777 | | | |
| Legal | 11/2/2006 | $0.00 | $0.00 | ($3.00) | $0.51 | 341788 | | | |
| Supplies-MailPosta | 11/3/2006 | ($0.39) | $0.00 | $0.00 | $0.12 | 342264 | | 10/26/06 | |
| Legal | 11/3/2006 | ($0.12) | $0.00 | ($2.88) | $0.00 | 342412 | | | |
| Supplies-MailPosta | 11/3/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 342699 | | 11/2/06 | |
| Supplies-MailPosta | 11/3/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 342700 | | 11/3/06 | |
| Supplies-MailPosta | 11/3/2006 | $0.00 | $0.00 | ($3.27) | $0.00 | 342707 | | 1/3/06 | |
| Supplies-MailPosta | 11/3/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 342786 | | 10/25/06 | |
| Visit | 11/13/2006 | $25.00 | $0.00 | $0.00 | $25.00 | 345202 | 0845926784907714 | | J. GUINN |
| Canteen | 11/14/2006 | ($4.99) | $0.00 | $0.00 | $20.01 | 345839 | | | |
| Supplies-MailPosta | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $20.01 | 347982 | | 11/16/06 | |
| Supplies-MailPosta | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $20.01 | 347983 | | 11/16/06 | |
| Supplies-MailPosta | 11/17/2006 | $0.00 | $0.00 | ($0.87) | $20.01 | 348005 | | 11/13/06 | |
| Supplies-MailPosta | 11/17/2006 | $0.00 | $0.00 | ($0.39) | $20.01 | 348013 | | 11/9/06 | |
| Canteen | 11/28/2006 | ($0.66) | $0.00 | $0.00 | $19.35 | 350909 | | | |
| Legal | 12/7/2006 | $0.00 | $0.00 | ($3.00) | $19.35 | 355922 | | | |
| Supplies-MailPosta | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $18.96 | 356368 | | 11/2/06 | |
| Supplies-MailPosta | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $18.57 | 356369 | | 11/3/06 | |
| Supplies-MailPosta | 12/8/2006 | ($3.27) | $0.00 | $0.00 | $15.30 | 356372 | | 1/3/06 | |
| Supplies-MailPosta | 12/8/2006 | ($4.20) | $0.00 | $0.00 | $11.10 | 356480 | | 10/25/06 | |
| Legal | 12/8/2006 | ($2.88) | $0.00 | $0.00 | $8.22 | 356741 | | | |
| Supplies-MailPosta | 12/8/2006 | ($2.79) | $0.00 | $0.00 | $5.43 | 356809 | | 10/26/06 | |
| Supplies-MailPosta | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $5.04 | 356815 | | 11/16/06 | |
| Supplies-MailPosta | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $4.65 | 356816 | | 11/16/06 | |
| Supplies-MailPosta | 12/8/2006 | ($0.87) | $0.00 | $0.00 | $3.78 | 356834 | | 11/13/06 | |
| Supplies-MailPosta | 12/8/2006 | ($0.35) | $0.00 | $0.00 | $3.43 | 356872 | | LAW LIBRARY 7/25/0 | |
| Legal | 12/8/2006 | ($3.00) | $0.00 | $0.00 | $0.43 | 356880 | | | |
| Supplies-MailPosta | 12/8/2006 | ($0.39) | $0.00 | $0.00 | $0.04 | 356882 | | 11/9/06 | |

## Individual Statement
## From November 2006 to December 2006

Date Printed: 5/29/2007

Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|-----|-----------|------------|----|----|----|----|
| 00375731 | Guinn | Tyrone | | | Beginning Month Balance: | $1.23 |
| Current Location: | 19 | | Comments: | | Ending Month Balance: | $25.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|-----------|------|------------------------------|--------------|------------------|---------|---------|-----------|--------|-------------|
| Legal | 12/8/2006 | ($0.04) | $0.00 | ($2.96) | $0.00 | 357129 | | | |
| Mail | 12/21/2006 | $25.00 | $0.00 | $0.00 | $25.00 | 362209 | 08-459268041 | | J GUINN |
| Supplies-MailPosta | 12/22/2006 | $0.00 | $0.00 | ($3.70) | $25.00 | 363031 | | INDIGENT 12/12/06 | |

Ending Month Balance: **$25.00**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Legal Hold: $0.00

Total Amount Currently on Restitution Hold: $0.00

Total Amount Currently on Other Hold: ($3.48)

Date Printed: 5/29/2007

**Individual Statement**
**From January 2007 to April 2007**

Page 1 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | Beginning Month Balance: | $25.00 |
| Current Location: | 19 | | Comments: | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 1/2/2007 | $0.00 | $0.00 | ($0.39) | $25.00 | 366509 | | 12/18/06 | |
| Mail | 1/2/2007 | $50.00 | $0.00 | $0.00 | $75.00 | 366801 | 5627330183 | | P LOVETT |
| Canteen | 1/9/2007 | ($36.21) | $0.00 | $0.00 | $38.79 | 369900 | | | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($0.63) | $38.79 | 371197 | | 12/21/06 | |
| Supplies-MailPosta | 1/10/2007 | $0.00 | $0.00 | ($0.39) | $38.79 | 371261 | | 12/18/06 | |
| Supplies-MailPosta | 1/11/2007 | $0.00 | $0.00 | ($0.39) | $38.79 | 371392 | | 12/7/06 | |
| Canteen | 1/16/2007 | $26.23 | $0.00 | $0.00 | $65.02 | 372557 | | REFUND | |
| Legal | 1/16/2007 | $0.00 | $0.00 | ($2.96) | $65.02 | 373217 | | 12/06 | |
| Legal | 1/16/2007 | $0.00 | $0.00 | $2.96 | $65.02 | 373218 | | | |
| Supplies-MailPosta | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $65.02 | 373589 | | 12/15/06 | |
| Supplies-MailPosta | 1/16/2007 | $0.00 | $0.00 | ($4.05) | $65.02 | 373599 | | 11/15/06 | |
| Legal | 1/18/2007 | ($2.96) | $0.00 | $0.00 | $62.06 | 374755 | | | |
| Legal | 1/18/2007 | ($2.96) | $0.00 | $0.00 | $59.10 | 374788 | | 12/06 | |
| Legal | 1/18/2007 | $2.96 | $0.00 | $0.00 | $62.06 | 374789 | | | |
| Supplies-MailPosta | 1/19/2007 | $0.00 | $0.00 | ($0.63) | $62.06 | 375213 | | 11/28/06 | |
| Supplies-MailPosta | 1/19/2007 | $0.00 | $0.00 | ($0.39) | $62.06 | 375216 | | 11/29/06 | |
| Canteen | 1/23/2007 | ($3.52) | $0.00 | $0.00 | $58.54 | 375600 | | | |
| Supplies-MailPosta | 1/30/2007 | ($3.70) | $0.00 | $0.00 | $54.84 | 378955 | | INDIGENT 12/12/06 | |
| Supplies-MailPosta | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $54.45 | 379064 | | 12/18/06 | |
| Supplies-MailPosta | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $54.06 | 379361 | | 12/15/06 | |
| Supplies-MailPosta | 1/30/2007 | ($4.05) | $0.00 | $0.00 | $50.01 | 379371 | | 11/15/06 | |
| Supplies-MailPosta | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $49.62 | 379467 | | 12/18/06 | |
| Supplies-MailPosta | 1/30/2007 | ($0.63) | $0.00 | $0.00 | $48.99 | 379504 | | 11/28/06 | |
| Supplies-MailPosta | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $48.60 | 379507 | | 11/29/06 | |
| Supplies-MailPosta | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $48.21 | 379606 | | 12/7/06 | |
| Supplies-MailPosta | 1/30/2007 | ($0.63) | $0.00 | $0.00 | $47.58 | 379648 | | 12/21/06 | |
| Mail | 1/31/2007 | $25.00 | $0.00 | $0.00 | $72.58 | 380689 | 7604376330 | XXL | J GUINN |
| Pay-To | 2/11/2007 | ($12.00) | $0.00 | $0.00 | $60.58 | 381734 | | | |
| Legal | 2/2/2007 | $0.00 | $0.00 | ($10.00) | $60.58 | 381800 | | JAN 2007 | |
| Legal | 2/2/2007 | ($10.00) | $0.00 | $0.00 | $50.58 | 382080 | | JAN 2007 | |
| Legal | 2/2/2007 | $0.00 | $0.00 | $0.00 | $50.58 | 382120 | | JAN 2007 | |

## Individual Statement
## From January 2007 to April 2007

Date Printed: 5/29/2007

| SBI 00375731 | Last Name Guinn | First Name Tyrone | MI | Suffix | | Beginning Month Balance: | $25.00 |
|---|---|---|---|---|---|---|---|
| Current Location: 19 | | Comments: | | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Legal | 2/2/2007 | $0.00 | $0.00 | $0.00 | $50.58 | 382153 | | JAN 2007 | |
| Visit | 2/5/2007 | $25.00 | $0.00 | $0.00 | $75.58 | 382258 | 0490495311-00067 | | J GUINN |
| Canteen | 2/6/2007 | ($65.77) | $0.00 | $0.00 | $9.81 | 382529 | | | |
| Supplies-MailPosta | 2/6/2007 | $0.00 | $0.00 | ($0.63) | $9.81 | 383338 | | 1/21/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($0.39) | $9.81 | 384761 | | 1/15/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($0.39) | $9.81 | 388580 | | 1/17/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.63) | $0.00 | $0.00 | $9.18 | 388914 | | 1/21/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.39) | $0.00 | $0.00 | $8.79 | 389237 | | 1/15/07 | |
| Supplies-MailPosta | 2/16/2007 | ($0.39) | $0.00 | $0.00 | $8.40 | 389350 | | 1/17/07 | |
| Canteen | 2/20/2007 | ($8.37) | $0.00 | $0.00 | $0.03 | 390287 | | | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.87) | $0.03 | 392249 | | 2/14/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.39) | $0.03 | 392397 | | 2/14/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($0.39) | $0.03 | 392400 | | 2/21/07 | |
| Legal | 3/6/2007 | $0.00 | $0.00 | ($3.00) | $0.03 | 396977 | | FEB 07 | |
| Legal | 3/9/2007 | ($0.03) | $0.00 | ($2.97) | $0.00 | 398650 | | FEB 07 | |
| Visit | 3/13/2007 | $25.00 | $0.00 | $0.00 | $25.00 | 399505 | 7760438 2467-23754 | | J GUINN |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($3.70) | $25.00 | 401644 | | INDIGENT 3/5/07 | |
| Canteen | 3/20/2007 | ($16.66) | $0.00 | $0.00 | $8.34 | 402090 | | | |
| Supplies-MailPosta | 3/22/2007 | ($0.87) | $0.00 | $0.00 | $7.47 | 404319 | | 2/14/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.39) | $0.00 | $0.00 | $7.08 | 404463 | | 2/14/07 | |
| Supplies-MailPosta | 3/22/2007 | ($0.39) | $0.00 | $0.00 | $6.69 | 404473 | | 2/21/07 | |
| Supplies-MailPosta | 3/22/2007 | ($3.70) | $0.00 | $0.00 | $2.99 | 404696 | | INDIGENT 3/5/07 | |
| Legal | 4/5/2007 | $0.00 | $0.00 | ($3.00) | $2.99 | 410589 | | MARCH 07 | |
| Legal | 4/5/2007 | ($2.97) | $0.00 | $0.00 | $0.02 | 411260 | | FEB 07 | |
| Legal | 4/5/2007 | ($0.02) | $0.00 | ($2.98) | $0.00 | 411280 | | MARCH 07 | |
| Supplies-MailPosta | 4/12/2007 | $0.00 | $0.00 | ($2.46) | $0.00 | 414001 | | INDIGENT 4/2/07 | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.39) | $0.00 | 419419 | | 3/29/07 | |

**Individual Statement**

**From January 2007 to April 2007**

Date Printed: 5/29/2007

Page 3 of 3

| SBI | Last Name | First Name | MI | Suffix |
|-----|-----------|------------|----|----|
| 00375731 | Guinn | Tyrone | | |

Current Location: 19    Comments:

Beginning Month Balance: $25.00

Ending Month Balance: $0.00

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|------------|------|------------------------------|--------------|------------------|---------|---------|-----------|--------|-------------|

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Legal Hold: $0.00

Total Amount Currently on Restitution Hold: $0.00

Total Amount Currently on Other Hold: ($3.48)